**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Elizabeth Anne Cashin**<br><br>**Debtor**<br><br>**Specialized Loan Servicing LLC**<br><br>**Movant**<br>**v.**<br>**Elizabeth Anne Cashin**<br><br>**Debtor/Respondent**<br><br>**KENNETH E. WEST, Esquire**<br><br>**Trustee/Respondent** | **Bankruptcy No. 23-11274-pmm**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 7th day of May, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

Patricia M. Mayer

U.S. Bankruptcy Judge Patricia M. Mayer